FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -7 AM 7: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**HOWARD E. SANDERSON**               **CIVIL ACTION**

**VERSUS**                            **NO: 05-5016-AJM-SS**

**BARBER'S TRUCK SERVICE**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Howard E. Sanderson's petition for damages be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 5 day of July, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc. No.___